UNITED STATES BANKRUPTCY
NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:    Case No. 14-15781 | ) |
| ALETHEA L. SANDERS, | ) |
|             Debtor, | ) BK No. 14-15781 |
| THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY, | ) |
|             Plaintiff, | ) Adv. Pro. No. 14 A 00565 |
| v. | ) Judge Jack B. Schmetterer |
| ALETHEA L. SANDERS, | ) |
|             Defendant. | ) |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter coming on to be heard on the Motion for Default Judgment on the Verified Complaint herein and after such hearing the court makes the following finds of fact and conclusions of law.

### FINDINGS OF FACT

1. The defendant, ALETHEA L. SANDERS, was employed by Southpoint Nursing, for the weeks ending October 24, 2009 through March 27, 2010.

2. The defendant earned wages for said period as set forth in the Notice of Fraud Decision.

3. During the same period of time the defendant applied for and received unemployment benefits totaling $4,850.00.

4. The defendant did not report his employment or his earnings during this period.

5. As of October 20, 2014, the sum of $4,850.00 is due.

## CONCLUSIONS OF LAW

1. Through his false representations, the defendant received a total of $4,850.00 in unemployment benefits to which she was not entitled.

2. As of October 20, 2014, the defendant is indebted to plaintiff in the sum of $4,850.00.

3. Pursuant to 11 U.S.C. §523(a)(2)(A) of the Bankruptcy Code, said debt is not dischargeable as it is a debt for obtaining money by false representations.

4. Defendant's debt to plaintiff is excepted, under 11 U.S.C. §523(a)(2)(A), from any discharge granted the defendant in the underlying bankruptcy case.

Enter: _____

Dated: 10/28/14

OCT 28 2014